Case 1:25-cv-00463-RJJ-SJB  ECF No. 1, PageID.1 Filed 04/25/25  Page 1 of 6

RECEIVED - GR
January 15, 2025 1:15 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB /1/15

FILED - GR
April 25, 2025 1:02 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: JW /4-25

1:25-cv-463
Robert J. Jonker
U.S. District Judge

The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

12-8-24

My name are Jerry Hogan 4-18-63, I'm in a nursing Home Name SKLD Ionia 814 E. Lincoln Ave Ionia MI, 48846, I Been Here Since August 9-24, I went To the Hospitce for my feet, they sent me to Court and gave me a guardin, they said I was Comforten, and they wont let me go Home, I can make my own decision can you get me a attorney please I cant afford on

2.

ant nothing wrong with me, I want a law suit on the Judge and Guardin, they are Being preJudice from my mail ground, they ruled me comptence, that I can make my own decision, I do everything for myself, make doctor's apointments, take my meds when needed. I feel like the Judge are Breaking

3

the law. himself. legal Aid are willing to work with me. I wants a lawsuit put on Judge Avery D. rose and ~~Kristin~~ Kristina Begley. the case number 23-212747. ~~Kristina~~ Petition To Terminate guardianship. I Been deemed Competent By a Physician I declare Under the Penalties of perjury that this petition has Been examined By

4

the social worker and its content are true to the Best of my information knowledge and belief 12-8-24

Im also Suiting Michael Newell the iteem.      Jerry Hogan

the probate court letting them know they are Being ~~sued~~ ~~sued~~ Suiting also

The Hospital wanted me to cut off my leg. But I Refused, and the feet ~~an~~ Denied, the Guardian

5

upset Because I didnt get it cut off. even the Judge said he wouldnt want his cut off. She upet now the guardian all upset with me about not get my leg cut off. She wont answer the phone, She use to answer my call Til, She put me on Hospice, I Refused it, the ombudsman Angie Said I have the Right To refused the wound doctor here said I were okay, and I Healed. All three went agaist me. I can make my own decison.

Jerry Bogan 8-20-23

7an Please take my case all I wants is to be able to go home where my family will drop in all.



Jerry Hogan
814 E. Lincoln Ave
Ionia MI 48846

399 Federal Building
110 Michigan St N.W.
Grand Rapids MI 49503

POSTAGE DUE

RETURNED FOR ADD'L POSTAGE
WHEN REMAILING CROSS OUT THIS NOTICE OR PASTE STAMPS OVER IT

$ .80 Flat rate