UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY HOGAN,

    Plaintiff,

v.

    Case No: 1:25-cv-463

    HON. ROBERT J. JONKER

AVERY D. ROSE et al.,

    Defendants.
_____/

### ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on May 2, 2025 (ECF No. 6). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** Plaintiff's complaint (ECF No.1) is DISMISSED.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

Dated:  May 29, 2025                /s/ Robert J. Jonker
                                          ROBERT J. JONKER
                                          UNITED STATES DISTRICT JUDGE